# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No. **CV 22-9098-PA (JPR)**                    Date: **January 18, 2023**

Title: **Tamra R White v. Kilolo Kijakazi**

===========================================================

**DOCKET ENTRY: Order to Show Cause**

===========================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                    ATTORNEYS PRESENT FOR DEFENDANT:

None present                                                      None present

**PROCEEDINGS: (IN CHAMBERS)**

On December 27, 2022, the Court ordered Plaintiff to file a notice concerning any conflicts of interest no later than seven days from the date of the order. To date Plaintiff has not done so despite several emailed reminders from the Court.

No later than 10 days from the date of this order, Plaintiff must show cause in writing why she has not complied with the December 27 order and why she should not be sanctioned $250 for that failure. If she files the notice re conflict within three court days of the date of this order, the OSC will automatically be discharged.